UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-01451-JWH-SHK | Date: | November 2, 2022 |
|---|---|---|---|
| Title: | *Alejandro Villegas v. Chad Bianco* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                                            None Present

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

     On September 19, 2022, the Court issued its Order Dismissing Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 6.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired. Plaintiff's First Amended Complaint ("FAC") was due on before October 10, 2022.
To date, Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

     Accordingly, on or before **November 16, 2022**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desires to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court a FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a FAC.

     Plaintiff is forewarned that, failure to do either of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

     **IT IS SO ORDERED.**