JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VILLEGAS, | Case No. 5:22-cv-01451-JWH-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHAD BIANCO, | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to the Order Dismissing Complaint, without Prejudice, for Failure |
| 2 | to Prosecute, |
| 3 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the case is |
| 4 | **DISMISSED without prejudice**. |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | Dated: March 6, 2023 |
| 8 | HONORABLE JOHN W. HOLCOMB<br>United States District Judge |

2